# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 14-CR-3227-GT |
| Plaintiff, ) | |
| v. ) | ORDER |
| JUAN GALVEZ-SOLIS, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant, currently scheduled for February 19, 2015, at 9:30 a.m., in the above entitled case, be continued to March 19, 2015, at 9:30 a.m.

**SO ORDERED.**

Dated: 1-6-15

HON. GORDON THOMPSON
U.S. DISTRICT JUDGE